DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————————

WILLIAM RAY MCNEAL,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-0396
————————————————————

May 1, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Philip J. Federico, Judge.

William Ray McNeal, pro se.

PER CURIAM.

Affirmed.

LaROSE, ROTHSTEIN-YOUAKIM, and LABRIT, JJ., Concur.

————————————————————

Opinion subject to revision prior to official publication.